PROB 22
(Rev 2/88)

# TRANSFER OF JURISDICTION

FILED
2007 SEP 12 P 3: 03
RICHARD W. WIEKING

CR-07 00583 JW

| DOCKET NUMBER (Tran. Court) |
|---|
| 05CR00104-001 |

| DOCKET NUMBER (Rec. Court) |
|---|
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Bo Lam<br>4104 Jarvis Avenue<br>San Jose, CA 95118 | WD/NY<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J | Buffalo |

| NAME OF SENTENCING JUDGE |
|---|
| William M. Skretny, U.S. District Judge |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 07/24/07 | 07/23/10 |

**OFFENSE**

Conspiracy to Possess with Intent to Distribute 50 Kilograms or More of Marijuana in violation of T21:846 as it relates to T21:841(a)(1) and §841(b)(1)(C).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __New York__

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of California__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.* Collection of restitution will be maintained by the sentencing district if the case is Joint and Several with other defendants.

08/21/07
DATE

_____
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __California__

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/6/07
EFFECTIVE DATE

_____
UNITED STATES DISTRICT JUDGE